UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS RINKS, )<br>   Plaintiff, )<br>)<br>-v- )<br>)<br>BRENT HOCKING, )<br>)<br>   Defendant. )<br>_____) | No. 1:10-cv-1102<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having granted Plaintiff Rinks's motion for summary judgment and having resolved all pending claims, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Plaintiff and against Defendant. Plaintiff is awarded, and **IT IS ORDERED** that Defendant shall pay to Plaintiff:

1. relief in the amount of $400,000 under count I (supported in the amount of $292,078 by counts IV and VI);

2. relief in the amount of $522,387.65 under count II;

3. relief in the amount of $876,234 under count III; and

4. costs and reasonable attorney fees under counts II and III.

If the parties cannot reach agreement regarding costs and attorney's fees, Plaintiff shall submit a bill of costs and claim for fees, with supporting documentation as necessary, as required by Fed. R. Civ. P. 54(d) and Rule 54.1 of the Local Civil Rules of the Western District of Michigan.

**THIS ACTION IS TERMINATED. IT IS SO ORDERED.**


Date:  December 14, 2011           /s/ Paul L. Maloney
                                Paul L. Maloney
                                Chief United States District Judge